# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

GERALDINE LANG,  Civil No. 08-5029 (JRT/JJG)

        Plaintiff,

v.  **ORDER FOR REMAND**

SOCIAL SECURITY
ADMINISTRATION,

        Defendant.

---

    Robert Bruno, **ROBERT J. BRUNO, LTD**, 1601 Highway 13 East, Suite 107, Burnsville, MN 55337, for plaintiff.

    Lonnie Bryan, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY,** 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for defendant.

    The above-entitled matter came before the Court pursuant to the July 19, 2010 decision and mandate of the United States Court of Appeals for the Eighth Circuit. Based upon the files and records of proceedings herein,

    **IT IS HEREBY ORDERED**:

1. This action is remanded to the Minnesota State Court, Dakota County District Court and all further proceedings regarding the merits of this action are immediately subject to the jurisdiction of the Minnesota state courts; and

2. The Clerk of Court is hereby directed to mail a certified copy of this Order for Remand to the Court Administrator of the Dakota County District Court

forthwith.

DATED: October 12, 2010
at Minneapolis, Minnesota                    ____ s/ John R. Tunheim_____
                                             JOHN R. TUNHEIM
                                             United States District Judge